IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TIMOTHY ODELL JOYCE                                                                                   PLAINTIFF

v.                                                    Case No. 6:22-cv-6071

OFFICER MORGAN MURRAY
(Hot Springs Police Department); and
CHIEF OF POLICE CHRIS CHAPMAN
(Hot Springs Police Department)                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 2, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 36. Judge Ford recommends that Defendants' Motion for Summary Judgment (ECF No. 26) be granted and that Plaintiff's claims in the third amended complaint (ECF No. 11) be dismissed with prejudice. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion for Summary Judgment (ECF No. 26) is **GRANTED**, and Plaintiff's claims in the third amended complaint (ECF No. 11) are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge